# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

January 17, 2023

Honorable Lawrence E. Kahn
Senior United States District Court Judge
U.S. Federal Courthouse
445 Broadway
Albany, New York 12207

Re: United States v. Jhajuan Sabb
     20-CR-274 (LEK)

## SENTENCING LETTER

Dear Judge Kahn:

The above-captioned defendant, Mr. Jhajuan Sabb, is scheduled to be before your Court for a final revocation hearing for tomorrow, Wednesday, January 18, 2023, at 10:30 a.m. In anticipation of that hearing, Mr. Sabb wishes to inform this Court of his intention to admit to both violations described in the violation petition. As a result of this anticipated admission, Mr. Sabb will face an advisory guideline sentence of 24 months in custody.

Mr. Sabb, by and through the undersigned, respectfully requests that this Court impose a sentence concurrent with his 35-year state sentence. It is the defense's contention that such a sentence, when considering the state sentence Mr. Sabb has received, will be sufficient, but not greater than necessary to meet the goals of sentencing. It is defense counsel's understanding that such a sentence will afford Mr. Sabb greater rehabilitative programming opportunities than if he were to receive a consecutive sentence requiring, which would require a federal detainer to be lodged with New York State Department of Corrections.

As a secondary issue, Mr. Sabb asks that this Court consider imposing no supervision to follow. It is anticipated that Mr. Sabb will be on supervision with New York State upon completion of

his jail sentence. Mr. Sabb respectfully submits that such supervision will be more than sufficient to ensure his eventual reentry to the community.

Thank you for your time and consideration.

Very truly yours,

*/s/ Michael P. McGeown-Walker*
Michael P. McGeown-Walker

cc:    Michael Barnett, AUSA, *via ECF & Email*
        Michael Patnaude, USPO, *via Email*