# UNITED STATES DISTRICT COURT

Northern District of New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Jhajuan Sabb | Case Number: DNYN1:20CR000274-001 |
| | USM Number: 02137-509 |
| | Michael McGeown-Walker |
| | Assistant Federal Public Defender - Albany |
| | 54 State Street, Ste. 310 |
| | Albany, NY 12207 |
| | 518-436-1850 |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation number(s)  1 and 2  of the term of supervision.

☐ was found in violation of numbers(s) after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal Conduct | 05/22/2021 |
| 2. | Drug Use | 04/29/2021 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has not violated number(s) and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 8162

Defendant's Year of Birth: 1999

City and State of Defendant's Residence:
In Custody

January 18, 2023
Date of Imposition of Judgment

*/s/ Lawrence E. Kahn*
Lawrence E. Kahn
Senior U.S. District Judge

January 24, 2023
Date

DEFENDANT: Jhajuan Sabb
CASE NUMBER: DNYN1:20CR000274-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty-four 24 months to run consecutive to the New York State sentence being served. No TSR to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at  ☐ a.m.  ☐ p.m. on.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

**I have executed this judgment as follows:**

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
BY DEPUTY UNITED STATES MARSHAL